HELEN TOPOLSKI, Appellant, v. MARY PIETRZYKOWSKI et al., Respondents.—Motion granted to withdraw notice of appeal.

MINNIE E. SEYMOUR, as Administratrix, Appellant, v. HARLO MOTORS, INC., Respondent. PERRY SEYMOUR, Appellant, v. HARLO MOTORS, INC., Respondent. — Motion granted and appeal dismissed, with $10 costs of this motion.

ADELAIDE B. WARING, Appellant, v. ELMER F. BROOKS et al., Respondents.— Motion granted and appeal dismissed, with $10 costs of this motion.

HELEN MAJEWSKI, Appellant, v. MICHAEL A. CERRONE et al., Respondents.— Motion granted and appeal dismissed, with $10 costs of this motion. [See post, p. 1012.]

MYRON YOUNG, Appellant, v. MARY FANNING, Respondent.— Motion granted and appeal dismissed, with $10 costs of this motion.

JOSEPH WALEK et al., as Executors of MICHAEL C. WALEK, Deceased, Respondents, v. JOSEPH M. WRAZIN, Appellant.— Motion granted and appeal dismissed, with $10 costs of this motion.

JOHN C. BECKER et al., Respondents, v. NELSON J. SHERWIN et al., Defendants, and NELSON J. SHERWIN et al., Appellants.— Motion granted and appeal dismissed, with $10 costs of this motion.

ROCHESTER TALLOW COMPANY, Respondent, v. MARCELLO D'AMICO, Appellant. — Motion granted and appeal dismissed and stay vacated, without costs.

WILLIAM J. EDELL, Appellant, v. SHIRLEY M. EDELL, Respondent.— Motion granted and appeals dismissed.

(March 9, 1955.)

BERTINA F. SPANGBERG, Respondent, v. EASTERN AIR LINES, INCORPORATED, Appellant.

WHEELER, J. (dissenting). Quite apart from the question of proximate cause, and giving the plaintiff the benefit of the most favorable inferences to be drawn therefrom, the complaint, as I view it, fails to state a cause of action. Appellant's motion, made pursuant to rule 106 of the Rules of Civil Practice, should have been granted.